STUART F. DELERY
Acting Assistant Attorney General
DAVID J. KLINE
Director, Office of Immigration Litigation, District Court Section
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail:  Lana.Vahab@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GCCG, INC. & YAO ZHANG,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ERIC H. HOLDER, Jr., et al.,<br><br>    Defendants. | No.: C 13-974 CRB<br><br>**STIPULATION TO MOVE THE DATE OF THE SCHEDULED HEARING ON THE PARTIES CROSS MOTIONS FOR SUMMARY JUDGMENT**<br>**And ORDER** |

**STIPULATION TO MOVE THE DATE OF SCHEDULED HEARING**

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to move the hearing currently scheduled in this case for October 18, 2013, at 10 a.m. (ECF No. 13)  to **November 22, 2013**:

1. The Defendants in the above-referenced case is represented by counsel from the Department of Justice.  At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for most Executive

agency clients with whom the Department attorneys must coordinate their filings. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Furthermore, the undersigned cannot attend the scheduled hearing on October 18, 2013, due to a personal scheduling conflict.

4. Undersigned counsel for the Department of Justice therefore requests that the scheduled hearing in this case be postponed until **November 22, 2013,** or the next available date convenient for the Court after the restoration of appropriations.

5. The undersigned contacted Plaintiffs' counsel, Love Macione, by e-mail on October 3, 2013, regarding this stipulation. Ms. Macione indicated that she agreed to change in hearing schedule.

WHEREFORE, for good cause shown, the parties stipulate to change the scheduled hearing on the pending cross Motions for Summary Judgment to **November 22, 2013,** or another date that the Court finds convenient.[1]

Dated: October 11, 2013                                    Respectfully submitted,

STUART F. DELERY                          /s/ Lana L. VAHAB
Acting Assistant Attorney General         LANA L. VAHAB
                                          Trial Attorney
DAVID J. KLINE                            United States Department of Justice
Director                                  Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 532-4067
                                          Facsimile: (202) 305-7000

---

[1] Counsel for the Defendants will be unavailable on the following Fridays: November 1, 2013; November 15, 2013; December 27, 2013; and January 3, 2014.

STIPULATION TO CHANGE THE DATE OF THE SCHEDULED HEARING ON THE CROSS MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C 13-CV-0974-CRB

E-mail: lana.vahab@usdoj.gov

*Attorneys for Defendants*

Dated: October 11, 2013

/s/ Love Macione (with permission)
Law Office of Love Macione
4200 Park Boulevard, PMB 122
Oakland, CA 94602
Mobile: (510)898-8767
Facsimile: (415) 358-0459
Email: lmacione@yahoo.com

*Attorney for Plaintiffs*

STIPULATION TO CHANGE THE DATE OF THE SCHEDULED HEARING ON THE CROSS MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C 13-CV-0974-CRB

3

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATE: October 11, 2013  _____
Charles R. Breyer
United States District Judge



STIPULATION TO CHANGE THE DATE OF THE SCHEDULED HEARING ON THE CROSS MOTIONS FOR SUMMARY JUDGMENT
CASE NO. C 13-CV-0974-CRB

4